FILE COPY

RE: Case No. 17-0699                    DATE: 10/20/2017
COA #: 12-15-00062-CV                    TC#: C0824736
STYLE: IN RE SPAKE

     Today the Supreme Court of Texas dismissed as moot
Relators' Motion for Emergency Relief and dismissed as moot
the petition for writ of mandamus in the above-referenced
case.

**FILED**

10/20/2017

**Twelfth Court of Appeals
Pam Estes
Clerk**

MS. PAM  ESTES
TWELFTH COURT OF APPEALS
1517 W. FRONT ST., STE. 354
TYLER, TX  75702
* DELIVERED VIA E-MAIL *